IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Edward J. Price, | Case No. 13-07853 |
| Debtor(s). | Honorable Bruce W. Black |

## NOTICE OF MOTION

TO:   See attached Service List

On September 20, 2013, at 10:00 a.m., I shall appear before Bankruptcy Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, or in his absence, before such other Bankruptcy Judge as may be presiding in his place and stead, and shall then and there present the attached Motion for Relief from Automatic Stay and Motion for Relief from Co-Debtor Stay filed by Federal National Mortgage Association, ('Fannie Mae'), creditor, c/o Seterus, Inc., at which time and place you may appear if you so see fit.

                                                                       HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #06274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

STATE OF ILLINOIS
COUNTY OF MACON

I, Faiq Mihlar, an attorney, being first duly sworn upon oath, depose and state that I have served the above and foregoing Notice, together with all required papers, upon the above-named parties, as to the Trustee and Debtor's attorney via electronic notice on September 12, 2013, and as to the Debtor and Co-Debtor by placing same in an envelope addressed as shown above, and depositing same First Class Mail, postage prepaid in the United States mailbox at Decatur, Illinois 62523 this 11th day of September, 2013.

                                                                        /s/ Faiq Mihlar
                                                                        Faiq Mihlar

-2-
## Service List

**Service By Mail:**

Edward J. Price
P.O. Box 637
Bolingbrook, IL 60440

Ilda Price
447 Sullivan Cir.
Bolingbrook, IL 60440

**Service By Electronic Notification Through ECF:**

Mohammed O. Badwan
Sulaiman Law Group, LTD.
900 Jorie Blvd., Ste. 150
Oak Brook, IL 60523

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Edward J. Price, | Case No. 13-07853 |
| Debtor(s). | Honorable Bruce W. Black |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND MOTION FOR RELIEF FROM CO-DEBTOR STAY

NOW COMES Federal National Mortgage Association, ('Fannie Mae'), creditor, c/o Seterus, Inc., (hereinafter referred to as "Movant") by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and moves for the entry of an Order granting relief from the Automatic Stay pursuant to the United States Bankruptcy Code, Section 362(d), and the Co-Debtor Stay pursuant to the United States Bankruptcy Code, Section 1301, and as cause for its motion states as follows:

1. On February 28, 2013, the Debtor(s) filed the instant case pursuant to 11 U.S.C. Chapter 13, listing Movant as a secured creditor by virtue of a Note secured by a mortgage on the Debtor's and Co-Debtor's, Ilda Price, real estate commonly known as 447 Sullivan Cir., Bolingbrook, Illinois 60440-2093 (Real Estate). The Mortgage and Note are dated May 23, 2011.

2. Payments under the terms of said Note and Mortgage are in default and the loan is currently due for the monthly installment payment due March 1, 2013, and for all succeeding monthly installments due thereafter.

3. Since the filing of the instant case, post-petition mortgage defaults have accrued in the amount of $6,225.52; including seven mortgage payments for the months of March 2013 through September 2013 in the amount of $771.36 per month; filing costs of $176.00, and attorney's fees of $650.00.

4. The payoff figure on the aforementioned Note exceeds $139,064.16.

5. There is currently a continuing daily increase in the total indebtedness due under the Note and Mortgage and chargeable against the Real Estate for interest and costs due under the Note and Mortgage all of which results in Movant being deprived of adequate protection as a secured lien holder with respect to said Real Estate.

6. Pursuant to the Chapter 13 Plan, Debtor intends to surrender said real estate.

6. The Debtor's nonpayment constitutes unreasonable delay to the prejudice of creditors in violation of 11 U.S.C. Section 1307(c)(1).

7. The Debtor's nonpayment constitutes a failure to commence making timely payments in violation of 11 U.S.C. Section 1307(c)(4).

8. Movant is also entitled to relief pursuant to 11 U.S.C. 362(d)(2)(B) as the Real Estate is not necessary for the Debtor's successful reorganization.

9. Movant is also entitled to relief pursuant to 11 U.S.C. §1301(c)(3) as the Creditor's interest would be irreparably harmed by the continuation of such stay.

10. Movant is also entitled to relief pursuant to 11 U.S.C. 1301 (c)(2) as the Debtor's Plan does not propose to pay such claim.

11. Movant further requests waiver of the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Federal National Mortgage Association, ('Fannie Mae'), creditor, c/o Seterus, Inc., prays that an Order be entered in this cause terminating, annulling or modifying the Automatic Stay as provided pursuant to the United States Bankruptcy Code, Section 362 and the Co-Debtor stay pursuant to the United States Bankruptcy Code, Section 1301 Federal National Mortgage Association, ('Fannie Mae'), creditor, c/o Seterus, Inc., be permitted to initiate or proceed with mortgage foreclosure proceedings, and for such further relief as may be appropriate.

Federal National Mortgage Association, ('Fannie Mae'), creditor, c/o Seterus, Inc.

By: __/s/ Faiq Mihlar__
One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #06274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

### NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Scott, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, Illinois 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.