B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–07853**
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Edward J Price
  PO Box 637
  Bolingbrook, IL 60440

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6995

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                            FOR THE COURT

Dated: <u>September 24, 2013</u>              <u>Kenneth S. Gardner, Clerk</u>
                                            United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 13-07853-BWB
Edward J Price                                                          Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann               Page 1 of 1              Date Rcvd: Sep 24, 2013
                              Form ID: b18w                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2013.
20106171      +Bank of America,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
20106170      +Bank of America,    4850 Belle Terre Parkway,    Palm Coast, FL 32164-7413
20286103       Bank of America, N.A.,    c/o Heavner, Scott, Beyers & Mihlar, LLC,   PO Box 740,
                Decatur, IL 62525-0740
20106175      +Clusters Improvement Association,    460 Wright Ct.,    Bolingbrook, IL 60440-2058
20538643       Federal National Mortgage Association,    c/o Seterus, Inc.,   PO Box 2206,
                Grand Rapids, MI 49501-2206
20106176      +Gmac Mortgage,    Bankruptcy Department,    1100 Virginia Drive,   Fort Washington, PA 19034-3204
20146382      +Ocwen Loan Servicing, LLC,    c/o Codilis & Associates, P.C.,
                15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
20106177      +Providnt Funding,    1235 N. Dutton Ave,    Santa Rosa, CA 95401-4642

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/Text: gemeneye25@prodigy.net Sep 25 2013 01:45:40      Edward J Price,   PO Box 637,
                Bolingbrook, IL 60440-1098
20106173       EDI: BANKAMER.COM Sep 25 2013 01:08:00      Bank of America, NA,   4161 Piedmont Parkway,
                Greensboro, NC 27410
20106172      +EDI: BANKAMER2.COM Sep 25 2013 01:08:00      Bank Of America, N.A.,   401 N. Tryon St.,
                NC1-021-02-20,   Charlotte, NC 28202-2123
20106174      +EDI: CHASE.COM Sep 25 2013 01:13:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20662371       EDI: PRA.COM Sep 25 2013 01:08:00      Portfolio Recovery Associates, LLC,
                successor to CHASE BANK USA, N.A.,    POB 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2013 at the address(es) listed below:
          Faiq  Mihlar    on behalf of Creditor    Federal National Mortgage Association, ('Fannie Mae'),
           creditor, c/o Seterus, Inc. bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          Glenn B Stearns    mcguckin_m@lisle13.com
          Kenneth W Bach    on behalf of Creditor    Provident Funding Associates LP
           kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
          Maria  Georgopoulos    on behalf of Creditor    Ocwen Loan Servicing, LLC nd-three@il.cslegal.com
          Mohammed O Badwan    on behalf of Debtor Edward J Price mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```